IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

AARON ALEXANDER PETTY,            )
                                  )
            Plaintiff,             )
                                  )
    v.                             )    1:10CV573
                                  )
DEVIN LAWRENCE KRAUSE and THE      )
DAVIDSON COUNTY JAIL,              )
                                  )
            Defendants.            )

**ORDER**

On April 27, 2011, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 21 and 22.) No objections were filed within the time limits prescribed by section 636.

Therefore, the court need not make a *de novo* review, and the Magistrate Judge's Recommendation is hereby adopted.

IT IS THEREFORE ORDERED AND ADJUDGED that Defendants' motion to dismiss (Doc. 10) is GRANTED IN PART and all claims against Defendant Davidson County Jail are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6), but the motion to dismiss is DENIED IN ALL OTHER RESPECTS.

                              /s/ Thomas D. Schroeder
                              United States District Judge

May 23, 2011